CLEVELAND BAR ASSOCIATION ET AL. *v.* STERLING.

[Cite as *Cleveland Bar Assn. v. Sterling* (1994), 68 Ohio St.3d 528.]

(No. 93–2561—Submitted January 26, 1994—Decided March 30, 1994.)

*James T. Flaherty, Michael C. Hennenberg, Scott Rawlings* and *Thomas Escovar,* for relators.

*Darryl E. Pittman,* for respondent.

*Per Curiam.* We concur in the board's findings and recommendation as modified. Accordingly, we suspend respondent from the practice of law for two years; however, the final eighteen months of that suspension are stayed and respondent is to be placed on monitored probation under the following conditions effective during suspension and probation: that respondent enter into counseling programs for his alcohol dependence and emotional problems with an agency or agencies acceptable to relators; that he attend such counseling programs on a regular basis, with compliance to be verified by relators; and that he make complete restitution to his clients during the first twelve months of the eighteen-month probationary period. Costs taxed to respondent.

*Judgment accordingly.*

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., dissents and would suspend respondent from the practice of law for eighteen months, but would stay the suspension and place respondent on probation.